UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF TENNESSEE

FILED BY: _____ CAS _____ D.C.
2005 SEP -6  AM 10: 02

CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA )
)
vs. )   Cr. No. 05-20316-Ml
)
JOHN BROWNLEE )
)

## APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

Katrina U. Earley, Assistant U.S. Attorney applies to the Court for a Writ to have John Brownlee, BKG #05112393, DOB 10-24-70, is now being detained in the Shelby County Jail appear before the Honorable Diane K. Vescovo on 14th, September, 2005, at 2:00 p.m. for initial appearance and for such other appearances as this Court may direct.

Respectfully submitted this 6th day of September, 2005.

_Katrina U. Earley_
Assistant U. S. Attorney

Upon consideration of the foregoing Application,

DAVID G. JOLLEY, U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE, MEMPHIS, TN

SHERIFF/WARDEN,

YOU ARE HEREBY COMMANDED to have John Brownlee appear before the Honorable Diane K. Vescovo at the date and time aforementioned.

ENTERED this 6th day of September 2005.

_Diane K. Vescovo_
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 9-6-05

3

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 2:05-CR-20316 was distributed by fax, mail, or direct printing on September 6, 2005 to the parties listed.

---

Katrina U. Earley
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT